IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00255-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY AMBERS,

    Defendant.

---

**ORDER FOR WRIT OF *HABEAS CORPUS AD PROSEQUENDUM***

---

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce ANTHONY AMBERS, Federal Inmate Reg. No. 29596-039/ Colorado DOC No. 129470, before a United States Magistrate Judge forthwith, a supervised release violation hearing, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 6th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO