IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 01-CR-255-WM

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ANTHONY AMBERS,

    Defendant(s).
_____

**MINUTE ORDER**
_____

Jane Trexler, Judicial Assistant

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on supervised release violation will be held **September 22, 2010, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: August 4, 2010

                                                  s/_____
                                                  Jane Trexler, Judicial Assistant