**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   01-cr-00255-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANTHONY AMBERS,

    Defendant.

## ORDER

Pursuant to and in accordance with the supervised release hearing held before the Honorable Robert E. Blackburn, United States District Judge, on December 7, 2012,

**IT IS ORDERED** that defendant Anthony Ambers is sentenced to **time served**.

Dated: December 7, 2012

        BY THE COURT:

        s/ Robert E. Blackburn
        ROBERT E. BLACKBURN,
        UNITED STATES DISTRICT JUDGE